Magistrate Judge Michelle L. Peterson

____ FILED ____ ENTERED
____ LODGED ____ RECEIVED

OCT 22 2021

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>JASON STANLEY,<br><br>Defendant | NO. CR20-222RAJ<br><br>MOTION FOR DETENTION |

The United States moves for pretrial detention of the Defendant, pursuant to 18 U.S.C. 3142(e) and (f)

1. **Eligibility of Case.** This case is eligible for a detention order because this case involves (check all that apply):

    ☒ Crime of violence (18 U.S.C. 3156).

    ☐ Crime of Terrorism (18 U.S.C. 2332b (g)(5)(B)) with a maximum sentence of ten years or more.

    ☐ Crime with a maximum sentence of life imprisonment or death.

    ☐ Drug offense with a maximum sentence of ten years or more.

MOTION FOR DETENTION/
*United States v. Desimas*, et al, CR20-222RAJ - 1

UNITED STATES ATTORNEY
700 Stewart Street Suite 5220
Seattle, Washington 98101
(206) 553-7970

☐ Felony offense and defendant has two prior convictions in the four categories above, or two State convictions that would otherwise fall within these four categories if federal jurisdiction had existed.

☐ Felony offense involving a minor victim other than a crime of violence.

☐ Felony offense, other than a crime of violence, involving possession or use of a firearm, destructive device (as those terms are defined in 18 U.S.C. 921), or any other dangerous weapon.

☐ Felony offense other than a crime of violence that involves a failure to register as a Sex Offender (18 U.S.C. 2250).

☒ Serious risk the defendant will flee.

☒ Serious risk of obstruction of justice, including intimidation of a prospective witness or juror.

2. **Reason for Detention.** The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

☒ Defendant's appearance as required.

☒ Safety of any other person and the community.

**Time for Detention Hearing.** The United States requests the Court conduct the detention hearing:

☒ At the initial appearance

☐ After a continuance of 3 days (18 U.S.C. 3142(f)(2)).

DATED this 22nd day of October, 2021.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

/s/ Rebecca S. Cohen
_____
REBECCA S. COHEN
Assistant United States Attorney

MOTION FOR DETENTION/
*United States v. Desimas*, et al, CR20-222RAJ - 2

UNITED STATES ATTORNEY
700 Stewart Street Suite 5220
Seattle, Washington 98101
(206) 553-7970