Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | No. 2:20-cv-00222-RAJ |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| JASON STANLEY, | |
| Defendant. | |

THIS MATTER comes before the Court upon Defendant Jason Stanley's Motion to Continue Pretrial Motions Deadline (Dkt. 116). The Court, having reviewed the motion, Defendant Jason DeSimas' response, the government's response, and the files and pleadings herein, finds that:

The parties have conducted settlement negotiations in good faith. Continued time is necessary to determine if the case can be settled, saving the parties the time and expense of a trial in this matter. Therefore, it is ORDERED that the motion (Dkt. 116) is GRANTED. All pretrial motions, including motions, in limine, shall be filed no later than April 6, 2022.

DATED this 21st day of March, 2022.

The Honorable Richard A. Jones
United States District Judge

ORDER – 1