The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>JASON STANLEY,<br><br>　　　　　　　　　Defendant. | NO. CR20-222-RAJ<br><br>ORDER CONTINUING<br>TRIAL DATE AND PRETRIAL<br>MOTIONS DEADLINE |

The Court, having considered Defendant Jason Stanley's unopposed Motion to Continue the Trial Date and Pretrial Motions Deadline, hereby finds that:

(a)  taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel for defendant the reasonable time necessary for effective preparation, due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(B)(iv) due in part to counsel's need to be in trial in another court commencing on April 15 or April 18, 2022, and extending past the current trial date of May 2, 2022 in this matter;

(b)  a failure to grant a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(B)(I); and

(c)  the additional time requested between the current trial date of May 2, 2022, and

the new trial date is necessary to provide counsel for the defendant the reasonable time necessary to prepare for trial, considering counsel's schedule and all of the facts set forth above.

IT IS THEREFORE ORDERED that Defendant Jason Stanley's unopposed Motion to Continue the Trial Date and Pretrial Motions Deadline (Dkt. 122) is GRANTED. The trial date in this matter is continued to June 27, 2022.

IT IS FURTHER ORDERED that all pretrial motions, including motions in limine, shall be filed no later than May 12, 2022.

IT IS FURTHER ORDERED that the time between the date of this order and the new trial date of June 27, 2022, is excluded in computing the time within which trial must commence because the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Failure to grant this continuance would likely make trial impossible and result in a miscarriage of justice, and would deny counsel for the defendants and counsel for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *Id.* § (B)(i), (iv).

DATED this 19th day of April, 2022.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge