Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>                    Plaintiff, <br><br>     v. <br><br> JASON STANLEY, <br><br>                    Defendant. | No. 2:20-cv-00222-RAJ <br><br> ORDER |

THE COURT, having considered the motion to seal the Declaration of Counsel in Support of Motion to Withdraw, hereby makes the following findings:

That based upon the reasons set forth in the Motion to Seal, not granting the motion could result in privileged and protected materials being made public. The need to seal the Declaration of Counsel outweighs the public's interest in having the document made public.

IT IS THEREFORE ORDERED that Defendant's Motion to Seal (Dkt. 129) is GRANTED.

DATED this 12th day of May, 2022.

*/s/ Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER – 1