Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JASON STANLEY,<br><br>　　　　　　Defendant. | No. 2:20-cv-00222-RAJ<br><br>ORDER |

　　THE COURT, having considered the motion to withdraw and for appointment of substitute counsel, counsel Timothy R. Lohraff's sealed declaration, and the files and pleadings herein, and having heard from defendant and defense counsel at a hearing held on this date, makes the following findings:

　　That based upon the reasons set forth in defense counsel's declaration and from testimony elicited at the hearing, there is an irreconcilable conflict between Defendant Jason Stanley and Mr. Lohraff. Mr. Lohraff is given leave to withdraw as counsel of record upon appointment of successor counsel.

　　DATED this 19th day of May, 2022.

　　　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　　The Honorable Richard A. Jones
　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER – 1