District Court Judge Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JASON STANLEY,<br><br>　　　　　Defendant. | NO. CR20-222 RAJ<br><br>ORDER GRANTING MOTION TO SEAL |

Having considered the Government's Motion to Seal, and due to the sensitive information contained therein, it is hereby ORDERED that the Motion to Seal (Dkt. 183) is GRANTED. Exhibit A to the Government's Sentencing Memorandum shall remain sealed.

DATED this 27th day of January, 2023.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　The Honorable Richard A. Jones
　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER GRANTING MOTION TO SEAL - 1
*United States v. Jason Stanley*, CR20-222 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970