Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON STANLEY,<br><br>Defendant. | NO.  CR20-222-RAJ<br><br>ORDER GRANTING MOTION TO SEAL |

Having considered the Defendant's Motion to Seal, and due to the sensitive information contained therein, it is hereby ORDERED that the Motion to Seal (Dkt. 203) is GRANTED. Defendant Jason Stanley's Objections to Restitution Demand and Joinder in Defendant Jason DeSimas' Objections to Restitution Demand, and Exhibit 1 and Exhibit 2 to that motion, shall remain sealed.

DATED this 27th day of January, 2023

*(signed)*

The Honorable Richard A. Jones
United States District Judge

*United States v. Jason Stanley*, CR20-222-RAJ
ORDER GRANTING MOTION TO SEAL - 1

THE GEISNESS LAW FIRM
506 Second Ave., Ste. 1400
Seattle, WA 98104
(206) 455 - 4689